NICHOLAS CIRILLO, Appellant, *v.* CITY OF NEW YORK, Respondent.

Argued October 22, 1941; decided November 27, 1941.

*Eugene A. Sherpick, Harold R. Medina, William Gilbert, James J. Regan* and *William W. Jackson* for appellant.

*William C. Chanler, Corporation Counsel* (*Edward J. McGratty, Jr.,* and *Henry J. Shields* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.